

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00475-CV

Richard **LARES**,
Appellant

v.

Martha C. **MUNIZ**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-15663
Honorable Laura Salinas, Judge Presiding

PER CURIAM

Sitting:       Rebeca C. Martinez, Chief Justice
               Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: June 30, 2021

DISMISSED FOR WANT OF JURISDICTION

Appellant Richard Lares, proceeding pro se, seeks to appeal the trial court's "Order on Petitioner's Motion for Order to Compel the Respondent to Produce Documents, Petitioner's Motion for Contempt of Court and to Modify The Rule 11 Court Order, and Petitioner's Motion to Correct Judgment, and Respondent's Motion to Dismiss and Respondent's Motion to Enjoin" signed on July 17, 2020. The trial court's order granted Lares credit toward his child support obligation for Social Security benefits received by the children, and denied all other relief requested in the case. The trial court's order is interlocutory because it does not dispose of all

parties and claims before the court. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Interlocutory orders may be appealed only if a specific statute authorizes such an interlocutory appeal. *Id.*; *see, e.g.,* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014. Absent an appealable interlocutory order or final judgment in writing, this court has no jurisdiction over this appeal. *Lehmann*, 39 S.W.3d at 195; *Ogletree v. Matthews*, 262 S.W.3d 316, 319 n.1 (Tex. 2007); *Ne. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). We therefore issued an order instructing appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. Appellant responded by attaching a copy of the order but did not establish that this court has jurisdiction. Accordingly, we dismiss this appeal for want of jurisdiction. *See id*. 42.3(a).

PER CURIAM